IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOHN PATRICK CULLEN                                                                                   PLAINTIFF

v.                                       Civil No. 6:23-CV-06020-SOH-CDC

KRYSTLE WILLIAMS, SALLY                                                                         DEFENDANTS
SWEEDEN, CANDY WEST and
ELIZABETH TAYLOR

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This is a civil rights action filed pursuant to 42 U.S.C. § 1983.  Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3), the Honorable Susan O. Hickey, Chief United States District Judge, referred this case to the undersigned for the purpose of making a Report and Recommendation.  Currently before the Court is the question of Plaintiff's i*n forma pauperis* ("IFP") status.

On April 28, 2023, the Court entered an Order revoking Plaintiff's IFP status because he has three or more strikes that make him ineligible for IFP status under 28 U.S.C. § 1915(g).  (ECF No. 7).  The Order directed Plaintiff to either establish why § 1915(g) does not apply to this action or to pay in full the remaining balance of the $350 filing fee and $52 administrative fee by May 18, 2023.  (*Id*. at 2).  On May 10, 2023, Plaintiff filed an Objection.  (ECF No. 8).  On May 15, 2023, Plaintiff filed a Supplement to his Objection.  (ECF No. 9).

Under § 1915(g), a prisoner who has acquired three-strikes may not bring an action IFP unless he or she is under "imminent danger of serious physical injury."  Nothing in Plaintiff's Objection or Objection Supplement implicates such a concern.  As Plaintiff has also not paid the balance of his filing fee, it is recommended that his case be DISMISSED WITHOUT PREJUDICE.

The parties have fourteen days from receipt of the Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.

**DATED** this **31st day of May 2023**.

/s/ *Christy Comstock*
HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE