IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOHN PATRICK CULLEN                                                                                              PLAINTIFF

v.                                        Case No. 6:23-cv-06020

KRYSTLE WILLIAMS, SALLY
SWEEDEN, CANDY WEST, and
ELIZABETH TAYLOR                                                                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed May 31, 2023, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 10. Plaintiff John Patrick Cullen has objected. ECF No. 11. Thus, the matter is ripe for the Court's consideration.

Judge Comstock finds that Plaintiff cannot proceed in forma pauperis (IFP) pursuant to 28 U.S.C. § 1915(g). Further, Judge Comstock finds that Plaintiff has not established either why § 1915(g) should not apply to him or paid the remaining balance of the $350 filing fee and $52 administrative fee. Thus, Judge Comstock recommends dismissing the instant action without prejudice. In his objection, Plaintiff simply notes that he was previously granted IFP status. Plaintiff alternatively asks the Court to "order the ADC – Grimes Unit to remove the $350.00 lien from [his] account." This is not specific enough to trigger de novo review, and therefore, a clear error standard applies. *See Branch v. Martin*, 886 F.2d 1043, 1045 (8th Cir. 1989) (explaining that "the district court makes 'a de novo determination of those portions of the report or specified findings or recommendations to which objection is made'" (citation omitted)); *Thornton v. Walker*, No. 4:22-cv-4114, 2023 WL 3063381, at *1 (W.D. Ark. Apr. 24, 2023) (applying a clear-error standard where plaintiff's objections did not "specifically address any aspect of [the magistrate

judge's] analysis or reasoning").

Being well and sufficiently advised, and finding no clear error on the face of the record, the Court **ADOPTS** the Report and Recommendation (ECF No. 10) *in toto*. Accordingly, the instant action is hereby **DISMISSED WITHOUT PREJUDICE**.[1]

**IT IS SO ORDERED**, this 17th day of July, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] The Court notes, for purposes of record clarity, that Plaintiff's currently pending Motion to Supplement Complaint (ECF No. 6) should be and hereby is **DENIED AS MOOT**.